PLAINFIELD HOTEL CORPORATION, Appellant, *v.* ERHART MOTORS COMPANY, INC., et al., Respondents.

Submitted June 7, 1948; decided June 11, 1948.

*James P. Kohler* and *James P. Kohler, Jr.,* for motion. *Daniel N. McNaughton* opposed.

Motion dismissed, with $10 costs and necessary printing disbursements on the ground that no appeal lies to the Court of Appeals from the order of the Appellate Division.